ment or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Lindley, Sconiers and Gorski, JJ.

■ PATRICIA J. CURTO, Appellant, v MARK DIEHL et al., Respondents. (Appeal No. 3.) [935 NYS2d 267]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Lindley, Sconiers and Gorski, JJ.

■ MICHAEL J. LOGRASSO et al., Respondents, v CITY OF TONAWANDA et al., Appellants. (Appeal No. 1.) [935 NYS2d 267]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Sconiers, Green and Martoche, JJ.

■ MICHAEL J. LOGRASSO et al., Respondents, v CITY OF TONAWANDA et al., Appellants. (Appeal No. 2.) [935 NYS2d 267]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Sconiers, Green and Martoche, JJ.

■ In the Matter of H.H. WARNER, LLC, Petitioner, v ROCHESTER GENESEE REGIONAL TRANSPORTATION AUTHORITY, Respondent. [935 NYS2d 267]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Sconiers, Green and Martoche, JJ.

■ JUAN MAZURETT et al., Respondents, v ROCHESTER CITY SCHOOL DISTRICT, Appellant. [935 NYS2d 267]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Fahey, J.P., Peradotto, Lindley, Sconiers and Green, JJ.

■ In the Matter of JOSE A. FUENTES, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [935 NYS2d 267]—Motion for reargument denied. Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR WOODARD, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [935 NYS2d 266]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Peradotto, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN TORRES, Appellant. [934 NYS2d 883]—Motion to dismiss granted. Memorandum: The appeal is dismissed as academic, and the matter is remitted to Erie County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application by the District Attorney or the at-